UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS FULLER, | ) Case No. CV 09-2339 GW(JC) |
| Petitioner, | ) |
| | ) ORDER TO SHOW CAUSE |
| v. | ) |
| DOMINGO URIBE, JR., | ) |
| Respondent. | ) |

On April 3, 2009, petitioner Thaddeus Fuller ("petitioner"), an individual in state custody proceeding pro se, filed a Petition for a Writ of Habeas Corpus by a Person in State Custody (the "Original Petition") which contained both exhausted and unexhausted claims. On October 5, 2010, petitioner lodged a proposed First Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("First Amended Petition") which included only exhausted claims.

By Order dated May 2, 2011 ("May Order"), the Court, among other things: (1) ordered the First Amended Petition filed; (2) granted petitioner's motion to stay and abey this action to permit him to exhaust the unexhausted claims contained in the Original Petition; and (3) directed petitioner to file status reports beginning thirty (30) days from the date of the May Order and every sixty (60) days thereafter, detailing the status of the state court proceedings in issue. The May

Order further expressly cautioned petitioner that the failure to meet any of the time requirements contained in the May Order would result in an order vacating the stay, *nunc pro tunc*, might preclude consideration of the unexhausted claims, and might result in the dismissal of this action for lack of prosecution.

Petitioner timely filed the initial status report called for by the May Order on June 2, 2011. Albeit untimely, petitioner filed a second status report on September 21, 2011. Although more than sixty (60) days have passed since September 21, 2011, petitioner has failed timely to file the next required status report. Petitioner has likewise failed to seek an extension of time to file such status report. Nor has petitioner requested or been excused from the obligation timely to file such report.

IT IS THEREFORE ORDERED: By no later than **December 27, 2011**, petitioner shall show cause, if there be any (1) for his failure timely to file the required status report; and (2) why this action should not be dismissed based on petitioner's failure to file the required status report, to comply with this Court's order, and/or petitioner's failure to prosecute. Petitioner is cautioned that the failure timely to comply with this Order to Show Cause will result in a recommendation that this action be dismissed based upon petitioner's failure to comply with this Court's orders and/or petitioner's failure to prosecute this action.

IT IS SO ORDERED.

DATED: December 12, 2011

                                                   /s/
                                   Honorable Jacqueline Chooljian
                                   UNITED STATES MAGISTRATE JUDGE