UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS FULLER, | Case No. CV 09-2339-GW(JC) |
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation with the following minor changes:

1. The last name of "Tiasha," which appears on page 15, line 22 and page 17, line 21, is stricken and replaced with "[R.]" in both locations; and

2. The phrase "or that there is a reasonably likely," which appears on page 16, line 24, is replaced with "and that there is no reasonable likelihood".

///

1    IT IS ORDERED that the Petition is denied and this action is dismissed
2 with prejudice.
3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment herein on petitioner and counsel
5 for respondent.
6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8    DATED: June 30, 2016

                                        _____
                                        HONORABLE GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE