UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THADDEUS FULLER, | ) Case No. CV 09-2339-GW(JC) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DOMINGO URIBE, JR., Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 30, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE